```
               UNITED STATES DISTRICT COURT

                  DISTRICT  OF  CONNECTICUT

COPPOLA

V.                            Case Number:  3:01cv813 MRK

WEARING, ET AL
```

## NOTICE TO COUNSEL

The court has reviewed the file in this case to monitor the parties' compliance with Local Rule 26(e).  Local Rule 26(e) provides that, within 30 days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for purposes described in Fed. R. Civ. P. 26(f).  Local Rule 26(e) further provides that, within 10 days after the conference, the participants must jointly file a report of the conference using Form 26(f).

It appears that more than forty days have passed since the appearance of a defendant in this case but no report has been filed.

Accordingly, it is hereby ordered that the parties must file a Form 26(f) report within 20 days of the date of this order along with a written statement signed by all counsel of record explaining why sanctions should not be imposed for the parties' failure to comply with Local Rule 26(e). Failure to comply with this order will result in dismissal of the complaint.

Dated at New Haven, Connecticut, January 27, 2004.

                         KEVIN F. ROWE, CLERK

                         By: /s/ Kenneth R. Ghilardi
                             Kenneth R. Ghilardi
                             Deputy Clerk